**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

Lakemoor Farms Unit 7 Condominiums
Association,

      Plaintiff,                                                     State Case No. 2025 MR 204

      v.

Cambridge Mutual Fire Insurance Company,

      Defendant.

---

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), Defendant, Cambridge Mutual Fire Insurance Company ("Defendant" or "Cambridge") petitions the Court for removal of the action described below from the Circuit Court of McHenry County, Illinois to this Court, and in support thereof, states as follows:

1.     On September 19, 2025, Plaintiff, Lakemoor Farms Unit 7 Condominiums Association ("Plaintiff"), filed this action against Defendant in the Circuit Court of McHenry County, Illinois, Case Number 2025 MR 204.

2.     The Summons and Complaint, true and correct copies of which are attached as Exhibit A, were received by Defendant on December 8, 2025.

3.     The Complaint seeks monetary damages for breach of contract and a declaratory judgment arising out of an insurance claim for damage to Plaintiff's property allegedly due to wind and/or hail on or about July 22, 2022.

**BASIS FOR FEDERAL JURISDICTION**

4.     This court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* 28 U.S.C. § 1441.

5.      Removal to the United States District Court for the Northern District of Illinois, Western Division, is proper because it is the district and division embracing the place where the removed action was pending. 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

6.      Plaintiff, Lakemoor Farms Unit 7 Condominiums Association, is a not-for-profit corporation with its principal place of business in Illinois.

7.      Defendant, Cambridge Mutual Fire Insurance Company, is a Massachusetts corporation with its principal place of business in Massachusetts.

8.      There exists complete diversity of citizenship between Plaintiff and Defendant.

## AMOUNT IN CONTROVERSY

9.      The Complaint seeks monetary damages in excess of $50,000, but does not plead a specific amount in controversy in excess of the sum required under 28 U.S.C. § 1332(a).

10.     Plaintiff does, however, allege that the insured premises, consisting of 8 separate buildings, "sustained extensive property damage, including but not limited to damage to the roof, accessories, decking, HVAC and exterior surfaces." *See* Pl.'s Compl. ¶ 8. Given the foregoing, as well as the fact that the composition shingle roofs on the 8 buildings add up to approximately 49,265 square feet of roof area, Defendant alleges that the amount in controversy, exclusive of interest and costs, exceeds $75,000.

11.     Defendant disputes Plaintiff's allegations regarding the extent of the damage and denies that it is liable to Plaintiff for any amount.

## REMOVAL PROCEDURE

12.     This Notice of Removal is timely because it was filed within thirty days after receipt of Plaintiff's initial pleading by Defendant on December 8, 2025. *See* 28 U.S.C. § 1446(b)(1).

13.    Promptly after filing this Notice of Removal Defendant will provide written notice of same to Plaintiff and to the clerk of the Circuit Court of McHenry County, Illinois. *See* 28 U.S.C. §1446(d).

WHEREFORE, Defendant, Cambridge Mutual Fire Insurance Company, hereby requests that this action now pending against it in the Circuit Court of McHenry County, Illinois be removed to this Court.


Dated:  December 12, 2025

Respectfully submitted,

/s/ *Matthew P. Fortin*

Matthew P. Fortin
mfortin@batescarey.com
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3136


## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.


/s/ *Matthew P. Fortin*

Matthew P. Fortin
mfortin@batescarey.com
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
(312) 762-3136